**MANUFACTURERS AND FARMERS
SHIPPERS COOPERATIVE, INC.,** and
**William Odis Miolen, Jr.,** Appellants,

v.

**Mary Jo STONIE,** Appellee.

**Mary Jo STONIE,** Appellant,

v.

**MANUFACTURERS AND FARMERS
SHIPPERS COOPERATIVE, INC.,** and
**William Odis Miolen, Jr. and O. N. Jonas Company, Inc.,** Appellees.

No. 21521.

United States Court of Appeals
Fifth Circuit.

Feb. 2, 1965.

.H. A. Stephens, Jr., Atlanta, Ga.,
James H. Phillips, Dalton, Ga., McCamy,
Minor, Vining & Phillips, Dalton, Ga.,
Smith, Ringel, Martin, Ansley & Carr,
Atlanta, Ga., of counsel, for appellees.

Julian M. Longley, Jr., Dalton, Ga.,
McDonald, Longley, McDonald & McDonald, Dalton, Ga., for appellant and
cross-appellant, Mary Jo Stonie.

Before TUTTLE, Chief Judge, and
MOORE* and BELL, Circuit Judges.

---

* Of the Second Circuit, sitting by designation.

PER CURIAM.

We have carefully considered the appeal and cross appeal in this diversity personal injury suit, and conclude that the trial court committed no prejudicial error.

The judgment is affirmed on both the appeal and cross appeal.